12-20-23 ①

DEAR AMARILLO DIVISION, NEW CIVIL ACTION

DEC 26 2023 PM4:17
FILED - USDC - NDTX - AM

I'M AIMING TO CHALLENGE THIS DISCIPLINARY ACTION PROCEEDINGS (20240060271) WHICH MY CONSTITUTIONAL RIGHTS, SUBSTANTAL RIGHTS, AND PROCEDURAL RIGHTS HAVE CONTINOUSLY BEEN VIOLATED DURING MY ASSIGNED HOUSING TO THE JAMES ALLRED UNIT SINCE FEBRUARY 18, 2023.

2-23CV-208-Z

A ALL MAJOR DISCIPLINARY OFFENSES WERE NOT CONDUCTED ACCORDING TO THE DISCIPLINARY RULES AND PROCEDURES OF TDCJ YET I'VE BEEN HELD FALSELY IMPRISONED AND DEPRIVED OF MY RIGHTS, HONORS, AND PRIVILEDGES AS WELL AS RELEASE DUE TO FALSIFIED AND FABRICATED ALLEGATIONS YET CAMERA FOOTAGE DOES NOT PRESENT ANY SUFFICIENT EVIDENCE THAT I AM A THREAT OR DANGER TO ANYONE NOR MYSELF.

I WISH TO RECEIVE IMMEDIATE GRANTING OF MY LINE 1 (TIME EARNING STATUS) AND G 2 (CUSTODY LEVEL) PROMOTIONS AS WELL AS EXPUNGEMENT OF MY TDCJ DISCIPLINARY HISTORY TO BE GRANTED A FAIR AND EQUAL HEARING, TRIAL, AND REVIEW AND ALL ADDITIONAL RELIEF, UPON A SPEEDY JURY TRIAL, THAT THE COURT FEEL I'M ENTITLED TO.

DEONPRAY RAYMOND MASON INMATE IDENTIFYING #2198087

X [signature]

BD: 11-07-1995
SOCIAL SECURITY # 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
IDENTITY THEFT PIN # 176422
STATE ID/SID# 08419467
G.ED CERTIFICATE # 1999613
STUDENT ID# 08054215

(10-18-22)
PARALEGAL STUDENT GRADUATE OF:
BLACKSTONE CAREER INSTITUTE
PO BOX 5717
ALLENTOWN PA 18106
# 610 871 0031
FAX# 610 871 0034

2

- WARDEN KEVIN SMITH
- ASST WARDEN BRYAN RLERMA
- ASST WARDEN CHRISTOPHER WIEDAU
- MAJOR TODD MURDOCK
- (DHO) CAPTAIN CODY MILLER
- (DHO) CAPTAIN MCLOUGHLIN
- CAPTAIN CRASE
- COUNSEL SUBSITUTE RICHEY
- COUNSEL SUBSITUTE RIECK
- COUNSEL SUBSITUTE CARTER

THOSE DIRECTLY (INDIVIDUAL CAPACITY) AND/OR INDIRECTLY (OFFICIAL CAPACITY) WHOM PARTICIPATED IN CONTINOUSLY VIOLATING MY RIGHTS IN THE NUMBER OF DISCIPLINARY ACTION PROCEEDINGS SINCE MY ARRIVAL ON THE JAMES ALLRED UNIT (2-18-23).

I HAVE YET TO BE ABLE TO CONTACT MY FAMILY AND LOVE ONES DUE TO THE FALSIFIED AND FABRICATED MAJOR OFFENSES WHICH JAMES ALLRED ~~[illegible]~~ STAFF CLAIMS THAT NO OFFENDERS CAN RECEIVE A PHONE CALL WITHOUT BEING 3 MONTHS MAJOR CASE FREE WHICH IS MISTREATMENT AND DEGRADINGLY INHUMANE CRUEL AND UNUSUAL LIVING/WORKING CONDITIONS FOR PRO SE AND INDIGENT INMATES.

I'VE BEEN ALMOST A MONTH WITHOUT RECEIVING MY MAIL DUE TO THE FACT I'VE BEEN UNJUSTIFIABLY PLACED ON THE BLACKLIST TO RECEIVE A TABLET DONE OUT OF RETALIATION, HARASSMENT, AND DISCRIMINATION DUE TO MY ATTEMPTS OF PURSUING LEGAL ACTIVITIES SUCH AS UTILIZING THE INMATE GRIEVANCE SYSTEM AS WELL AS PETITIONING THE COURTS:

5:22-CV-00267-H
5:22-CV-00301-H
5:23-CV-00055-C
5:23-CV-00056-H
5:23-CV-00072-H

2:23-CV-00093-Z-BR
2:23-CV-00111-Z-BR
2:23-CV-00178-Z-BR
2:23-CV-00172-BR

+ MANY MORE

TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20240092271 TDCJ NO: 02198087 NAME: MASON, DEONDRAY RAYMOND EA: 11.2
UNIT: JA HSNG: HSF1 24 T JOB: WORK SQUAD 19 IQ: 099
CLSS: L3 CUST: G5 PRIMARY LANGUAGE: ENGLISH LMHA RESTRICTIONS: LMHA
GRDE: MA / BDD OFF.DATE: 12/09/23 09:30 PM LOCATION: JA F BL. 1 ROW
TYPE: ID

How is this a major offense when in Closed Custody Cell 24 1?

OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT JA HSF1-24 CELL, INMATE: MASON, DEONDRAY RAYMOND, TDCJ-ID NO. 02198087, DID USE WITHOUT PROPER AUTHORIZATION STATE PROPERTY, NAMELY BED SHEET BY USING THEM TO COVER THE DOOR. MOREOVER, WAS ORDERED BY IRAGANJE TO TAKE THE SHEETS OFF OF HIS DOOR, AND SAID OFFENDER FAILED TO OBEY THE ORDER.

Who gave this officer authorization to order me to take my sheet down and why?

CHARGING OFFICER: IRAGANJE, COIV SHIFT/BOARD: 2 2

INMATE NOTIFICATION IF APPLICABLE INTERPRETER,

TIME/DATE NOTIFIED: 7:5 UAM 12.12.23 BY: (PRINT) C Kilby

YOU WILL APPEAR BEFORE HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES NO IF NO, HOW DO YOU PLEAD? GUILTY NOT GUILTY

INMATE NOTIFICATION SIGNATURE: X declined to sign DATE: 12.12.23

BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE HEARING OFFICER TO PROCEED WITH THE HEARING.

INMATE WAIVER SIGNATURE: X DATE: 12.12.23

HEARING INFORMATION

HEARING DATE: 12.18.23 TIME: 11:14 AM UNIT JA FOLDER A FILE 156 DSFILE 248890
COUNSEL SUBSTITUTE AT HEARING: PC FOLDER FILE DSFILE

EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART HEARING, (2) IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:

(SIGNATURE) (3) I Waived Attending The Hearing
(7) Case Processing Times Waiting For Clearance From QMHP.

INMATE STATEMENT: No Statement

OFFENSE CODES: 15.0 24.0

| | | | | |
|---|---|---|---|---|
| INMATE PLEA: (G, NG, NONE) | N | NS | | FALSE |
| FINDINGS: (G, NG, DS) | | | | |

REDUCED TO MINOR (PRIOR TO DOCKET) ___ (DOCKET) ___ (HEARING) ___ BY: (INITIAL) ___

IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF GUILT: A) ADMISSION OF GUILT, B) OFFICER'S REPORT, C) WITNESS TESTIMONY, D) OTHER.

EXPLAIN IN DETAIL: (B) Officers Report. OD Failed To Present Any Non-Frivolous Evidence

PUNISHMENT

LOSS OF PRIV (DAYS) ___ REPRIMAND............ ___ TABLET (DAYS)........ ___
*RECREATION (DAYS) 45 EXTRA DUTY (HOURS)...... ___ REMAIN LINE 3......... X
*COMMISSARY (DAYS) 45 CONT.VISIT SUSP.THRU __/__/__ REDUC.CLASS FROM ___ TO ___
*PROPERTY (DAYS) ___ CELL RESTR (DAYS)........ ___ GOOD TIME LOST (DAYS). ___
* OTS (DAYS).. 45 SPECIAL CELL RESTR (DAYS). ___ DAMAGES/FORFEIT.$ ___.___

SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: Seriousness of Offense Best Deter

CREDIT FOR PRE-HEARING DETENTION TIME? YES (DAYS) N/A NO / NA
DATE PLACED IN PRE-HEARING DETENTION: N/A HEARING LENGTH 4 (MINUTES)

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: Declined To Attend

C. Miles

HEARING OFFICER (PRINT) WARDEN REVIEWER SIGNATURE

(FORM I-47MA) CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA

TEXAS DEPARMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

# DISCIPLINARY HEARING RESULTS NOTIFICATION

Offender Mason, Deondray Date 12·18·23

TDCJ-ID No. 2198087

From (De) Capt. Miller
Hearing Officer (Oficial de Audiencia)

Subject: Disciplinary Hearing Record
(Registro de Audiencia Disciplinaria)

Ja Unit (Unidad)

This is to inform you that a major/minor disciplinary hearing involving your case, report number 20240060271 was held 12·18, 20 23 at approximately 11:14 am/pm. Your copy of the Disciplinary Report and Hearing Record is attached.

If you were found guilty, you have the right to appeal the decision of the hearing officer with respect to the determination of guilt and/or the punishment imposed within 15 days of this hearing. You may appeal the decision by filing an I-127 with the warden. If you are dissatisfied with the response, you may then file an I-128 at Step 2. If the hearing was a major disciplinary hearing, your counsel substitute will assist you in the appeals process if you need and request assistance. If you need assistance, send an I-60 request to your counsel substitute.

---

# NOTIFICACION DE RESULTADOS DE AUDIENCIA DISCIPLINARIA

Esto es para informarle que una audiencia disciplinaria mayor/menor involucrando su caso, número de reporte ________________, se llevó a cabo el día ______________, 20 _____ aproximadamente a las _______ am/pm. Su copia del Reporte Disciplinario y Reporte de Audiencia está adjunto.

Si usted fue encontrado culpable, usted tiene el derecho de apelar la decisión del oficial de audiencia en relación a la determinación de culpabilidad y/o el castigo impuesto dentro de los 15 días de ésta audiencia. Usted puede apelar la decisión entregando una forma I-127 al Guardián. Si usted no está satisfecho con la respuesta, usted puede entonces presentar una forma I-128 en el Paso 2. Si la audiencia fue una audiencia disciplinaria mayor, su consejero substituto le ayudará en el proceso de apelación si usted necesita y pide la ayuda. Si usted necesita ayuda, envíe una forma I-60 a su consejero substituto.

Commissary & Trust Fund
ALLRED UNIT HIGH SECURITY
Commissary Purchase Receipt

Date: 12/20/23
Time: 8:57:27
Location...: 0695 - 01
Salesperson: PE00075

Purchaser Name:
MASON,DEONDRAY RAYMOND
Housing: H5-F1 CELL24
ID Number: 02198087

Begin Acct. Bal: $.00
Begin Spend Limit: $.00

NO $

INTENTIONAL INFLICTION OF MENTAL AND EMOTIONAL DISTRESS???

* No Records to Print *

Transaction Quantity:
Transaction Total: $.00
Sales Tax Included $.00
Ending Balance: $.00

Beginning Balance: $.00
Begin Spend Limit: $.00
End Spend Limit: $.00

THUMBPRINT

SIGNATURE

MAILROOM 12-[illegible]-23 DEONDRAY MASON 2190081 #SF1-24T

IN NEED [illegible] CERTIFIED MAIL [illegible] [illegible]

124

DEC 1 8 2023

IN NEED [illegible] OCTOBER NOVEMBER, AND DECEMBER (2023) MESSAGES PLEASE AND THANKS

LAW LIBRARY 12-15-23 DLONDRAY MASON 2198087 HSF F-24 [illegible]

IN NEED OF FOLLOWING LEGAL MATERIAL:

- BOARD POLICY CONT[illegible]
- ADMINISTRATIVE [illegible]
- [illegible]

All request must be on Material Request Form

AG

DEC 18 2023

NAME Deonreay Mason
TDC# 2198087

TDCJ
PO BOX 660400
DALLAS, TX 75266-0400

NORTH TEXAS TX P&DC
DALLAS TX 750
21 DEC 2023 PM 2 L

FREEDOM
FOREVER/USA

RECEIVED
DEC 26 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Amarillo Division
205. S.E. 5th Ave Rm 133
Amarillo TX 79101

Legal

Sent: 12-20-23

79101-31559 C002

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION